IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY MORTENSON**, | : | CIVIL ACTION NO. 3:13-CV-02136 |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| vs. | : | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SOCIAL SECURITY**, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 15th day of September, 2014, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of Terry Mortenson and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Terry Mortenson disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to conduct a new administrative hearing and appropriately evaluate the medical and vocational evidence and the credibility of Mortenson.

3. The Clerk of Court shall close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania